388 P.3d 49

**JPR, Petitioner–Appellant,**

v.

**NMKB, Respondent–Appellee,**

and

**Child Support Enforcement Agency, State of Hawaiʻi, Respondent–Appellee**

**NO. CAAP–15–0000583**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
October 19, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC–P NO. 15–1–6108)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 49

**RT IMPORT, INC., Plaintiff–Appellee,**

v.

**Jesus TORRES and Mila Torres, dba Hawaiian Quilt Wholesale, Defendants–Appellants,**

and

**Worldwide Flight Services, Inc. and Does 1–5, Defendants**

**NO. CAAP–14–0000970**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
October 20, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12–1–1890)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 49

**STATE of Hawaiʻi, Plaintiff–Appellee,**

v.

**Lawrence L. BRUCE, Defendant–Appellant, and Justin McKinley, Defendant–Appellee**

**NO. CAAP–15–0000439**

Intermediate Court of Appeals of Hawaiʻi.

October 20, 2016

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 14–1–0987)

MEMORANDUM OPINION

Vacated. Remanded.